SONNENSCHEIN NATH & ROSENTHAL LLP
Robert J. Lanza
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700 (telephone)
(212) 768- 6800 (fax)

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LACROSSE LEAGUE, | 08 CIV |
| Plaintiff, | Rule 7.1 Statement |
| v. | |
| SMS SPORTWORKS ENTERTAINMENT AND STARLIGHT SPORTS & ENTERTAINMENT INC, d/b/a VANCOUVER RAVENS LACROSSE CLUB, INC., DAVID STADNYK, TOM MAYENKNECHT, ROBERT SMART, MSA SPORTWORKS ENTERTAINMENT, INC., MSA SPORTWORKS LTD., PAUL REINHART, VANCOUVER RAVENS LACROSSE CLUB LIMITED PARTNERSHIP, PARTNERS GROUP 1INC., RAJ KALRA, PARTNERS GROUP RAVENS, INC., CONSOLIDATED GENERAL, INC., WESTCAP BUSINESS CENTRE INC., STEVEN BRIAN FRIEDLAND, AS TRUSTEE FOR THE SO CALLED SECURED NOTE HOLDERS, d/b/a WESTERN LIQUID CAPITAL, AND CB WILSON CAPITAL LTD., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable district Judges and

Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned

counsel for the National Lacrosse League (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries that are publicly held.

| Dated: New York, New York<br>April 28, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP<br><br>By: _Robert J. Lanza_ /jjm<br>Robert J. Lanza<br>1221 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Tel:   (212) 768-6700<br>Fax:  (212) 768-6800<br><br>*Attorneys for the Plaintiff National Lacrosse League* |
|---|---|