UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LACROSSE LEAGUE, ) | 08 CIV 3971 |
| ) | |
| Plaintiff, ) | Waiver of the Service of Summons |
| v. ) | |
| ) | |
| SMS SPORTWORKS ENTERTAINMENT ) | |
| AND STARLIGHT SPORTS & ) | |
| ENTERTAINMENT INC, d/b/a ) | |
| VANCOUVER RAVENS LACROSSE ) | |
| CLUB, INC., DAVID STADNYK, ) | |
| TOM MAYENKNECHT, ROBERT ) | |
| SMART, MSA SPORTWORKS ) | |
| ENTERTAINMENT, INC., MSA ) | |
| SPORTWORKS LTD., PAUL REINHART, ) | |
| VANCOUVER RAVENS LACROSSE ) | |
| CLUB LIMITED PARTNERSHIP, ) | |
| PARTNERS GROUP 1INC., RAJ KALRA, ) | |
| PARTNERS GROUP RAVENS, INC., ) | |
| CONSOLIDATED GENERAL, INC., ) | |
| WESTCAP BUSINESS ) | |
| CENTRE INC., STEVEN BRIAN ) | |
| FRIEDLAND, AS TRUSTEE FOR THE ) | |
| SO CALLED SECURED ) | |
| NOTE HOLDERS, d/b/a WESTERN ) | |
| LIQUID CAPITAL, AND ) | |
| CB WILSON CAPITAL LTD., ) | |
| ) | |
| Defendants. ) | |

TO:  Robert J. Lanza, Attorney for Plaintiff

    I acknowledge receipt of your request that I waive service of a summons in this action along with a copy of the complaint, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the

summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after (date request was sent) , or within 90 days after that date if the request was sent outside the United States.

_June 6/08_
Date

**David Stadnyk**

_____
Signature of the attorney or unrepresented party

David J Cowan
Printed name

1500-1055 West Georgia St. Van BC Canada
Address

dcowan@lmls.com
E-mail address

604-691-7452
Telephone number

DAVID J. COWAN
BARRISTER & SOLICITOR
LANG MICHENER LLP
1500-1055 WEST GEORGIA STREET
P.O. BOX 11117
VANCOUVER, B.C.  V6E 4N7
TELEPHONE: 604-689-9111

---

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or even its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.