UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LACROSSE LEAGUE, | 08 CIV 3971 (SAS) |
| Plaintiff, | ORDER RESCHEDULING INITIAL PRETRIAL CONFERENCE |
| v. | |
| SMS SPORTWORKS ENTERTAINMENT AND STARLIGHT SPORTS & ENTERTAINMENT INC, d/b/a VANCOUVER RAVENS LACROSSE CLUB, INC., DAVID STADNYK, TOM MAYENKNECHT, ROBERT SMART, MSA SPORTWORKS ENTERTAINMENT, INC., MSA SPORTWORKS LTD., PAUL REINHART, VANCOUVER RAVENS LACROSSE CLUB LIMITED PARTNERSHIP, PARTNERS GROUP 1INC., RAJ KALRA, PARTNERS GROUP RAVENS, INC., CONSOLIDATED GENERAL, INC., WESTCAP BUSINESS CENTRE INC., STEVEN BRIAN FRIEDLAND, AS TRUSTEE FOR THE SO CALLED SECURED NOTE HOLDERS, d/b/a WESTERN LIQUID CAPITAL, AND CB WILSON CAPITAL LTD., | |
| Defendants. | |


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08

SHIRA A. SCHEINDLIN, U.S.D.J.:

    Counsel are advised that the initial pre-trial conference in the above-captioned matter has been rescheduled to September 3, 2008 at 4:30 pm in Courtroom 15C..

Dated: New York, New York
June 27, 2008

SO ORDERED:

SHIRA A. SCHENDLIN
U.S.D.J.