UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LACROSSE LEAGUE, | 08 CIV 3971 |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| v. | |
| SMS SPORTWORKS ENTERTAINMENT AND STARLIGHT SPORTS & ENTERTAINMENT INC, d/b/a VANCOUVER RAVENS LACROSSE CLUB, INC., DAVID STADNYK, TOM MAYENKNECHT, ROBERT SMART, MSA SPORTWORKS ENTERTAINMENT, INC., MSA SPORTWORKS LTD., PAUL REINHART, VANCOUVER RAVENS LACROSSE CLUB LIMITED PARTNERSHIP, PARTNERS GROUP 1INC., RAJ KALRA, PARTNERS GROUP RAVENS, INC., CONSOLIDATED GENERAL, INC., WESTCAP BUSINESS CENTRE INC., STEVEN BRIAN FRIEDLAND, AS TRUSTEE FOR THE SO CALLED SECURED NOTE HOLDERS, d/b/a WESTERN LIQUID CAPITAL, AND CB WILSON CAPITAL LTD., | |
| Defendants. | |

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK   )

Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sonnenschein Nath & Rosenthal LLP.

- 2 -

On June 30, 2008, I served a true and correct copy of the **ORDER RESCHEDULING INITIAL PRE-TRIAL CONFERENCE**, upon the parties listed on the attached service list by depositing a copy of same, enclosed in a postage-paid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/      *Daniel Pina*
Daniel Pina

Subscribed and sworn to before
me this 30th day of June, 2008

*/s/ Matthew B. Stein*
Notary Public

**Matthew B. Stein, Notary Public
State of New York, #02ST6121896
Qualified in New York County
Commission Expires January 31, 2009**

## SERVICE LIST

| | |
|---|---|
| RAJ KALRA<br>5997 DOWNINGTON PT.<br>ACWORTH, GEORGIA 30101 | STEVEN BRIAN FRIEDLAND<br>d/b/a WESTERN LIQUID CAPITAL<br>3933 PARKWAY DRIVE<br>VANCOUVER, B.C. V7X 1A6 |
| WESTCAP BUSINESS CENTRE, INC.<br>ATTN:  JOSEPH WILMOTT<br>#206-27115 FRASER HIGHWAY<br>ALDERGROVE, B.C. V4W 3R2 | CB WILSON CAPITAL, LTD.<br>ATTN:  KELLY WILSON<br>C/O FRASER MILNER CASGRAIN LLP<br>1500-1040 WEST GEORGIA STREET<br>VANCOUVER, B.C. V6E 4H8 |
| PARTNERS GROUP 1INC.<br>PARTNERS GROUP RAVENS, INC.<br>ATTN:  PIERRE QUILLIAM<br>18431 TYOTOWN ROAD<br>CORNWALL, ONTARIO K6H 5R5 | TOM MAYENKNECHT<br>#306-1288 MARINASIDE CRESCENT<br>WEST VANCOUVER, B.C.<br>CANADA V6Z 2W5 |
| SMS SPORTSWORKS ENTERTAINMENT<br>C/O TOM MAYENKNECHT<br>#306-1288 MARINASIDE CRESCENT<br>WEST VANCOUVER, B.C.<br>CANADA V6Z 2W5 | STARLIGHT SPORTS & ENTERTAINMENT INC.<br>C/O TOM MAYENKNECHT<br>#306-1288 MARINASIDE CRESCENT<br>WEST VANCOUVER, B.C.<br>CANADA V6Z 2W5 |
| MSA SPORTSWORKS ENTERTAINMENT<br>C/O TOM MAYENKNECHT<br>#306-1288 MARINASIDE CRESCENT<br>WEST VANCOUVER, B.C.<br>CANADA V6Z 2W5 | MSA SPORTSWORK LTD.<br>C/O TOM MAYENKNECHT<br>#306-1288 MARINASIDE CRESCENT<br>WEST VANCOUVER, B.C.<br>CANADA V6Z 2W5 |
| ROBERT SMART<br>DAVID STADNYK<br>PAUL REINHART<br>VANCOUVER RAVENS LACROSSE<br>   CLUB LIMITED PARTNER<br>C/O DAVID J. COWAN, BARRISTER & SOLICITOR<br>LOAN MICHENER LLP<br>1500-1055 WEST GEORGIA STREET<br>P.O. BOX 11117<br>VANCOUVER, B.C. V6E 4N7 | |