# United States District Court
# Southern District of New York

| | |
|---|---|
| **NATIONAL LACROSSE LEAGUE** ) | CASE NO. 08 CIV 3971 |
| ) | **AFFIDAVIT OF SERVICE OF** HAGUE |
| PLAINTIFF ) | CONVENTION NOTICE, SUMMARY OF |
| ) | THE DOCUMENTS TO BE SERVED, |
| vs. ) | SUMMONS IN A CIVIL ACTION, |
| **SMS SPORTWORKS ENTERTAINMENT** ) | COMPLAINT, CIVIL COVER SHEET, |
| **AND STARLIGHT SPORTS &** ) | RULE 7.1 STATEMENT, INDIVIDUAL |
| **ENTERTAINMENT INC., d/b/a** ) | RULES AND PROCEEDURES |
| **VANCOUVER RAVENTS LACROSSE** ) | |
| **CLUB INC., ET AL.,** ) | |
| ) | |
| DEFENDANTS ) | |

The undersigned, being sworn, on oath deposes and says: That he is now and at all times herein mentioned was a citizen of Canada and resident of the Province of British Columbia, Canada, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

That on Wednesday, July 2nd, 2008 at 6:55 p.m. at the address of the pool located at the 3900 block of Parkway Drive, Vancouver, in the Province of British Columbia, Canada, this affiant duly served the above described documents, upon **STEVE BRIAN FRIEDLAND as Trustee for the so-called SECURED NOTE HOLDERS doing business as WESTERN LIQUID CAPITAL** by then and there personally delivering one true and correct copy thereof, by then presenting to and leaving the same with, **STEVEN BRIAN FRIEDLAND.**

_____
**RODERICK DAVID LIVINGSTON**

**SUBSCRIBED AND SWORN TO** before me
July 3rd, 2008.

_____
A NOTARY PUBLIC IN AND FOR
THE PROVINCE OF BRITISH COLUMBIA

STEPHEN J. MORRIS
Barrister & Solicitor
#460 - 850 West Hastings
Vancouver, BC, V6C 1E1